UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AIRCRAFT INTERIOR SERVICES, LLC**, a Michigan limited liability company, <br><br> Plaintiff, <br><br> v <br><br> **JET INNOVATIONS**, a California joint venture, **JET FLEET INTERNATIONAL CORPORATION**, a Delaware corporation, and **MOHAMMED SAAD ALDREES & SONS CO. LTD.**, a Saudi Arabia foreign business, <br><br> Defendants. <br>_____/ | **Case No.:   09-13085** <br> **Hon. Lawrence P. Zatkoff** |

## TEMPORARY RESTRAINING ORDER

Plaintiff Aircraft Interior Services, LLC ("Aircraft Interior"), having filed its Verified Complaint and Request for Ex-Parte Temporary Restraining Order Pursuant to Rule 65(b) and other relief to seek, in part, to prevent Defendants Jet Innovations, a joint venture, Jet Fleet International Corporation ("Jet Fleet"), and/or Mohammed Saad Aldrees & Sons Co. ("Aldrees") from removing, transferring, altering or modifying their Falcon 20 aircraft, Serial Number 284, tail number N201GF (formerly N501MD) ("Aircraft") currently located at the Oakland County International Airport in the County of Oakland, State of Michigan ("Airport"), and the Court having considered the Verified Complaint and exhibits filed in support of the Verified Complaint and now being advised in the premises, finds:

    1.  That there is good cause to believe that this Court has jurisdiction over the parties;

2. That there is good cause to believe that Jet Innovations, Jet Fleet, or Aldrees may immediately remove, transfer, modify, or alter the Aircraft from the Airport without the parties to this action having first conducted an inspection for discovery purposes pursuant to Fed. R. Civ. P. 34, which removal, transfer, modification or alteration would result in irreparable harm to Aircraft Interiors, such that the Aircraft shall be immediately restrained and enjoined by order of this Court pursuant to Fed. R. Civ. P. 65(b), and that the interest of justice therefore requires that the temporary restraining order be entered ex-parte without prior notice to Defendants;

3. That good cause exists to find that Aircraft Interior has recorded a Claim of Lien against the Aircraft and seeks foreclosure in this suit; and

4. That, weighing the equities and considering the parties' immediate need to inspect the Aircraft, and Aircraft Interior's likelihood of ultimate success, a temporary restraining order freezing the Aircraft is in the public interest.

THEREFORE, IT IS HEREBY ORDERED that the Defendants and their officers, agents, servants, employees, and attorneys, and all other persons or other entities in active concert or participation with them, who receive actual notice of this Order by personal service, service on counsel of record for Jet Innovations in United States District Court for the Central District of California Case No.: CV 09-05542, posting on the subject Aircraft, or otherwise, are hereby restrained and enjoined, until further order of this Court, from transferring, encumbering, selling, concealing, pledging, assigning, spending, withdrawing, removing, conveying, gifting, dissipating, modifying, altering, or otherwise disposing of Defendants' Falcon 20 aircraft, Serial Number 284, tail number N201GF (formerly N501MD) (*i.e.,* the Aircraft) currently located at the Airport.

IT IS FURTHER ORDERED that Aircraft Interior is required to post a bond (or surety bond) in the amount of $50,000 by 5:00 p.m. on August 10, 2009. The effectiveness of this Temporary Restraining Order is contingent on the posting of said bond. This Temporary Restraining Order shall not be effective until such time as said bond is posted. If said bond is not

posted by August 10, 2009, at 5:00 p.m., this Temporary Restraining Order shall not take effect, and Aircraft Interior must re-apply for a Temporary Restraining Order.

    IT IS FURTHER ORDERED that a copy of this Order and Notice of Hearing on Aircraft Interiors Motion for Preliminary Injunction must be served on Defendants on or before August 11, 2009.

    IT IS FURTHER ORDERED that this order shall remain in effect until August 17, 2009, or until further order of the Court.

    IT IS FURTHER ORDERED that the parties shall appear before this Court, located at 526 Water St., Port Huron, Michigan, on Thursday, August 13, 2009, at 10:00 a.m. for a hearing on Aircraft Interior's Motion for Preliminary Injunction.

    IT IS SO ORDERED.

                                          s/Lawrence P. Zatkoff
                                          LAWRENCE P. ZATKOFF
                                          UNITED STATES DISTRICT JUDGE

Entered:  August 7, 2009 at 2:00 p.m.