UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **AIRCRAFT INTERIOR SERVICES, LLC**, a Michigan limited liability company, <br><br> Plaintiff, <br><br> v <br><br> **JET INNOVATIONS**, a California joint venture, **JET FLEET INTERNATIONAL CORPORATION**, a Delaware corporation, and **MOHAMMED SAAD ALDREES & SONS CO. LTD.**, a Saudi Arabia foreign business, <br><br> Defendants. <br> _____/ | **Case No.:   09-13085** <br> **Honorable: Lawrence P. Zatkoff** |

### ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Aircraft Interior Services, LLC's Ex-Parte Motion for Preliminary Injunction and Temporary Restraining Order Pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure having been brought on for hearing on August 13, 2009, oral argument having been taken; and the Court being otherwise fully advised in the premises, and for the reasons stated on the record;

**IT IS HEREBY ORDERED** that Plaintiff shall conduct its Rule 34 inspection upon Defendants' Falcon 20 aircraft, Serial Number 284, tail number N201GF (formerly N501MD) ("Aircraft") no later than August 21, 2009 at 5:00 p.m., and until such time as Plaintiff conducts its Rule 34 inspection, Defendants are restrained and enjoined from transferring, encumbering, selling, concealing, pledging, assigning, spending, withdrawing, removing, conveying, gifting, dissipating, modifying, altering, maintaining or otherwise disposing of the Aircraft. Defendant may maintain, modify, or alter the aircraft after the Plaintiff completes its inspection.

**IT IS FURTHER ORDERED** that Defendants shall not remove the Aircraft from the Oakland County International Airport until and only upon such time as this Honorable Court may grant the Defendants' Motion to Dismiss (document 12).

**IT IS FURTHER ORDERED** that Plaintiff shall file its response to Defendants' Motion to Dismiss no later than August 27, 2009.

IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: August 17, 2009

Approved as to form by:

| /s/ Anthony Vittiglio II | /s/ Peter R. Tolley |
|---|---|
| Anthony Vittiglio II (P66347) | Peter R. Tolley (P21492) |
| Deneweth, Dugan & Parfitt, P.C. | Foster, Swift, Collins & Smith, P.C. |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |
| 1175 West Long Lake Road, Suite 202 | 1700 East Beltline, N.E., Ste. 200 |
| Troy, MI 48098 | Grand Rapids, MI 49525 |
| (248) 290-0400 | (616) 726-2200 |